Case No.   CV 17-3411-PA (KS)                                                             Date: May 1, 2018
Title   *Michael P. Battle v. Nancy A. Berryhill*


Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Roxanne Horan-Walker  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 5, 2017, Plaintiff, a California resident proceeding *pro se*, filed a Complaint seeking review of the denial of his application for disability and disability insurance benefits. (Dkt. No. 1.) On May 10, 2017, the Court issued a Case Management Order. (Dkt. No. 4.) Paragraph X of that Order states that Plaintiff shall "file a Motion for Summary Judgment within 30 days of service of Defendant's responsive pleading and the administrative record." (*Id.*) Defendant filed her Answer to the Complaint and the Certified Administrative Record on February 14, 2018. (Dkt. Nos. 22, 23.) Accordingly, Plaintiff's deadline for filing his Motion for Summary Judgment was initially March 16, 2018. On March 13, 2018, the Court granted Plaintiff an Extension of Time to April 12, 2018 to file his Motion for Summary Judgment. (Dkt. No. 27,)

However, over *two weeks* have now passed since Plaintiff's deadline for filing a Motion for Summary Judgment, and Plaintiff has neither filed the Motion for Summary Judgment nor otherwise communicated with the Court about his case.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to prosecute and timely comply with the Court's May 10, 2017 Case Management Order and May 13, 2018 Extension Order.

**Nonetheless, in the interests of justice, Plaintiff is ORDERED TO SHOW CAUSE on or before May 31, 2018, why the Court should not recommend that this action be**

dismissed for failure to prosecute.  Plaintiff may discharge this Order by filing:  (1) a request for an extension of time to file a Motion for Summary Judgment along with a declaration signed under penalty of perjury that establishes good cause for his failure to comply with the Court's March 13, 2018 Order; or (2) a Motion for Summary Judgment that complies with the Court's May 10, 2017 Order.  Alternatively, Plaintiff may dismiss the entire matter without prejudice by filing a Notice of Voluntary Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

      Plaintiff's failure to timely comply with this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

|  | : |
|---|---|
| **Initials of Preparer** | rhw |