JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL P. BATTLE,** ) | **NO. CV 17-3411-PA (KS)** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| ) | |
| **NANCY A. BERRYHILL, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| **Defendant.** ) | |
| _____ ) | |

     Pursuant to the Court's ORDER, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 22, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE